# IN THE SUPREME COURT OF THE STATE OF NEVADA

HENDERSON WATER PARK, LLC,
D/B/A COWABUNGA BAY WATER
PARK,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JERRY A.
WIESE, DISTRICT JUDGE,
Respondents,
and
PETER GARDNER; AND CHRISTIAN
GARDNER, ON BEHALF OF MINOR
CHILD, LELAND GARDNER,
Real Parties in Interest.

No. 73997

**FILED**

NOV 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF PROHIBITION

This original petition for a writ of prohibition challenges a district court order adopting a discovery commissioner's recommendation regarding the production of documents. Having considered the petition and supporting documents, we are not persuaded that the district court's order compelled the disclosure of privileged information so as to warrant this court's intervention. *See Club Vista Fin. Servs., L.L.C. v. Eighth Judicial Dist. Court*, 128 Nev. 224, 228, 276 P.3d 246, 249 (2012) ("[W]e generally will not exercise our discretion to review discovery orders through petitions

for extraordinary relief, unless the challenged discovery order . . . requires disclosure of privileged information."). Accordingly, we

ORDER the petition DENIED.

_____ , J.
Douglas

_____ , J.
Gibbons

_____ , J.
Pickering

cc:    Hon. Jerry A. Wiese, District Judge
Thorndal Armstrong Delk Balkenbush & Eisinger/Las Vegas
Campbell & Williams
Eighth District Court Clerk